IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 03-CR-30028-01-MJR |
| ALFONSO GARCIA-GARCIA, | ) | |
| Defendant. | ) | |

## ORDER REGARDING JULY 2008 PRO SE MOTION

Reagan, District Judge:

On August 25, 2003, the undersigned Judge sentenced Alfonso Garcia-Garcia (one of four Defendants charged with narcotics offenses herein). Garcia-Garcia's sentence included a $750.00 fine, a $200 special assessment, and a 37-month term of imprisonment, followed by four years of supervised release. In February 2005, the United States petitioned this Court to remit the unpaid portion of Garcia-Garcia's special assessment and fine, because he had been deported and further attempts at collection were not likely to be fruitful (*see* Doc. 108). The undersigned Judge concurred, granting the motion for remission on March 4, 2005 (Doc. 109).

Over three years passed. On July 7, 2008, the undersigned Judge received a letter from "Alejandro Garcia-Rodriguez," an inmate at USP-Lompoc, asking to modify or remit the fine imposed in Case No. 03-CR-30028-MJR. Because it was unclear whether the author of the July 2008 letter (Alejandro

Garcia-Rodriguez) was the same person as the Defendant sentenced in the above-referenced case (Alfonso Garcia-Garcia), the undersigned Judge directed Garcia-Rodriguez to clarify the confusion stemming from his letter (*see* Doc. 115).

On July 28, 2008, the undersigned Judge received another letter, again signed by Alejandro Garcia-Rodriguez (inmate at USP-Lompoc) and captioned with Case No. 03-CR-30028, which confirmed that the author/petitioner is the same person as Alfonso Garcia-Garcia, a/k/a Jose Morales, "on whom you imposed the $750.00 fine in August 2003."

The undersigned Judge now **DIRECTS** the Clerk's Office to scan and **DOCKET** the July 28, 2008 correspondence as a pro se "Motion to Remit Fine filed by Defendant Alfonso Garcia-Garcia (a/k/a Jose Morales, a/k/a Alejandro Garcia-Rodriguez)." The Court **DENIES** that motion **AS MOOT** for the following reasons.

First, to the extent that Garcia-Garcia/Garcia-Rodriguez seeks to remit the fine imposed in Case No. 03-CR-30028, the undersigned Judge already did so on March 4, 2005. The Clerk's Office **SHALL SEND** with this Order a copy of the 3/4/2005 Order of Remission at Doc. 109.

Second, to the extent that Garcia-Garcia/Garcia-Rodriguez seeks remission of a fine imposed in a *different case*, perhaps the case on which he now is serving a sentence at USP-Lompoc (note: that sentence is referenced in

the July 2008 letter as "a sentence of 57 months for illegal reentry which commenced on October 24, 2006), the Court lacks sufficient information regarding the case name or number to determine whether the sentence was imposed by the undersigned Judge or whether a remission is appropriate.

IT IS SO ORDERED.

DATED this 29th day of July 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge